UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CAMBY WILSON | No. 1:22-cr-00049-LEW |

### FINAL ORDER OF FORFEITURE

On February 2, 2023, defendant, Camby Wilson, pleaded guilty to Count One of the Indictment charging him with violating 18 U.S.C. § 922(g)(1) and 924(a)(2), and for which the United States sought forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

On February 2, 2023, the Court entered a Preliminary Order of Forfeiture ordering defendant to forfeit to the United States one Ruger LCP .380 caliber pistol bearing serial number 371925438 loaded and four rounds of .380 ammunition ("the Property").

The Court found that the defendant had an interest in the Property, that the government had established the requisite nexus between such Property and the offense and that the Property is subject to forfeiture.

Between February 4, 2023 and March 5, 2023, the United States caused notice to be published for thirty (30) consecutive days on the official government website www.forfeiture.gov, giving notice of its intent to seek forfeiture of the Property, to dispose of the Property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the Property.

2

The time for third parties to petition the court has now expired and no timely claim or petition has been filed.

NOW THEREFORE, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Property is hereby FORFEITED to the United States to be disposed of according to law; and

IT IS FURTHER **ORDERED** that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

IT IS FURTHER **ORDERED** that the Clerk of the Court shall forward one certified copy of this Order to Assistant United States Attorney Nicholas Heimbach, 100 Middle Street, East Tower, 6th Floor, Portland, Maine 04101, upon request.

SO ORDERED,

Dated: May 24, 2023

/s/ Lance E. Walker
U.S. District Judge